FILED IN CHAMBERS
U.S.D.C. - Atlanta

OCT 27 2014

James N. Hatten, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SECURITIES EXCHANGE
COMMISSION,

    Plaintiff,

v.

JAMES M. DONNAN, III and
GREGORY L. CRABTREE,

    Defendants,

JEFFREY TODD DONNAN, TAMMY L.
DONNAN, and GREGORY K.
JOHNSON,

    Relief Defendants.

CIVIL ACTION NO.
1:12-CV-2831-ODE

### ORDER AND AMENDED JUDGMENT

Pursuant to the Order entered by this Court granting Plaintiff's motion [Doc. 45] to amend the judgment previously entered by the Clerk of Court against Relief Defendants Jeffrey Todd Donnan, Tammy L. Donnan, and Gregory K. Johnson, and the Clerk having been directed by the Court pursuant to Federal Rule of Civil Procedure 58(b)(2) to enter this amended judgment, it is:

ORDERED and ADJUDGED that Relief Defendant Jeffrey Todd Donnan shall pay disgorgement in the amount of $475,061.90, plus post-judgment interest, to Plaintiff within thirty (30) days after entry of this Amended Judgment.

ORDERED and ADJUDGED that Relief Defendant Tammy L. Donnan shall pay disgorgement in the amount of $40,000, plus post-judgment interest, to Plaintiff within thirty (30) days after entry of this Amended Judgment.

ORDERED and ADJUDGED that Relief Defendant Gregory K. Johnson shall pay disgorgement in the amount of $276,875.00, plus post-judgment interest, to Plaintiff within thirty (30) days after entry of this Amended Judgment.

Payments may be transmitted electronically to Plaintiff, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.secgov/about/offices/ofm.htm. Payment also may be made by certified check, bank cashier's check or U.S. postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to:

    Enterprise Services Center
    Accounts Receivable Branch
    6500 South MacArthur Blvd.
    Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Relief Defendant's name as a relief defendant in this action; and specifying that payment is made pursuant to this Amended Judgment. Relief Defendants shall simultaneously transmit photocopies of evidence of payment and case identifying information to Plaintiff's counsel in this action. By making this payment, Relief Defendants relinquish all legal and equitable right, title and interest in such funds and no part of the funds shall be returned to Relief Defendants.

Plaintiff shall hold the funds and may propose a plan to distribute the funds subject to the Court's approval. The Court shall retain jurisdiction over the administration of any

distribution of the funds. If Plaintiff determines that the funds will not be distributed, then Plaintiff shall send the funds paid pursuant to this Amended Judgment to the United States Treasury.

Plaintiff may enforce this Amended Judgment by moving for civil contempt and/or through other collection procedures authorized by law at any time after thirty (30) days following entry of this Amended Judgment. Relief Defendants shall pay post-judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

There being no just reason for delay, pursuant to Federal Rule of Civil Procedure 54(b), this Amended Judgment shall be deemed a final judgment as to each of the Relief Defendants.

This action shall remain open pending further Order of the Court.

SO ORDERED and ADJUDGED, this 27 day of October, 2014.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE